# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: HO WAN KWOK, *et al.,* | : | Chapter 11 |
| | : | |
| | : | |
| | : | |
| PACIFIC ALLIANCE ASIA | : | |
| OPPORTUNITY FUND L.P. and | : | |
| LUC DESPINS, CHAPTER 11 TRUSTEE, | : | |
| | : | |
| Plaintiff/Appellee, | : | CIVIL ACTION NO.: 3:23-cv-00040-KAD |
| v. | : | |
| | : | |
| HO WAN KWOK, | : | February 9, 2023 |
| | : | |
| Defendant/Appellant. | : | |
| | : | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Appellant Ho Wan Kwok.

Dated: February 9, 2022

> */s/David S. Wachen*
> David S. Wachen (*pro hac vice*)
> WACHEN LLC
> 11605 Montague Court
> Potomac, MD 20854
> (240) 292-9121
> Fax (301) 259-3846
> david@wachenlaw.com

2

## CERTIFICATE OF SERVICE

I certify that on February 9, 2023, I caused the foregoing to be electronically filed. Notice of this filing is being sent by email to all parties in this matter via the Court's electronic filing system, CM/ECF. Parties may access this filing through that system.

*/s/David S. Wachen*
David S. Wachen
